# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Bourlier, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>TYC, LLC, an Arizona limited liability company, et al.,<br><br>                    Defendants. | Case No. CV-18-04548-DWL<br><br>**ORDER** |

**IT IS ORDERED** approving the parties' Stipulation to Dismiss All Claims with Prejudice (Doc. 33).

**IT IS FURTHER ORDERED** dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs, except as set forth in the parties' settlement agreement.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this action.

Dated this 22nd day of April, 2019.

_____
Dominic W. Lanza
United States District Judge